**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

Alvaro Enriquez IBANEZ CARDENAS,

*Petitioner*,

v.

Warden of the Irwin County Detention Center in his official capacity, et al.

*Respondents*.

Case No.: 7:26-cv-00292-WLS-AGH

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**

Petitioner Alvaro Enriquez Ibanez Cardenas, by and through undersigned counsel, hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of voluntary dismissal of his Petition for Writ of Habeas Corpus in the above-captioned case.

Dated: October 12, 2026

Respectfully submitted,

/s/ Thomas Evans
Thomas Evans
KUCK BAXTER LLC
P.O. Box 501359
Atlanta, Georgia 31150
Tel.: (404) 949-8176
tevans@immigration.net

**SO ORDERED this** 13th **day**
**of** October, 2026.
W. Louis Sands
**W. Louis Sands, SR. Judge**
**United States District Court**